# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

## CRIMINAL NO. 2:04CR102

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CHASE CROWE | ) | |

**THIS MATTER** is before the Court on motion of the Defendant's counsel to reschedule the supervised release violation hearing on November 28, 2006.

Because of counsel's conflict with a hearing in Bryson City before the Magistrate Judge,

**IT IS, THEREFORE, ORDERED** that the Defendant's hearing on the supervised release violation is hereby **RESCHEDULED** for 3:30 PM on **TUESDAY, NOVEMBER 28, 2006.**

2

Signed: November 20, 2006

Lacy H. Thornburg
United States District Judge